# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

In the interest of Z.M.B., a child,          * From the County Court at
                                               Law of Brown County,
                                               Trial Court No. DV1110259.

No. 11-13-00077-CV                           * August 1, 2013

                                             * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)


        This court has considered Angela Biessener's motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.